UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
AARON ANTHONY VASQUEZ,

                            Plaintiff,

        -against-

MICHAEL FRANCHI, Warden; JANE DOE 1,
Correctional Officer; JANE DOE 2, Correctional
Officer; MICHELLE, Nun (Sister of Catholic Service),

                      Defendants.
------------------------------------------------------------------------X

**ORDER**
**2:25-CV-6980 (RER) (ST)**

**STEVEN TISCIONE, United States Magistrate Judge:**

On December 18, 2025, Plaintiff, Aaron Anthony Vasquez, filed this *pro se* civil rights action concerning events occurring during his detention at the Riverhead Correctional Facility ("Riverhead"). Plaintiff's application to proceed *in forma pauperis* under 28 U.S.C. § 1915 is granted. ECF No. 2.

The Clerk of Court is directed to issue a summons against the named defendant: Michael Franchi, Warden of Riverhead, at the address provided by Plaintiff, and the United States Marshals Service is directed to serve the summons, complaint, and a copy of this Order upon him without prepayment of fees.

Plaintiff also names three other Riverhead Defendants: two Jane Doe Correctional Officers and a sister of Catholic Service identified only as "Michelle" who provides services at Riverhead. Pursuant to the holding in *Valentin v. Dinkins*, 121 F.3d 72 (2d Cir. 1997) (*per curiam*), the Court requests that the Suffolk County Attorney ascertain the full name and service address of these defendants. The Suffolk County Attorney need not undertake to defend or indemnify these Defendants merely because of the issuance of this Order. This Order provides a means by which Plaintiff may properly serve the defendants as instructed by the Second Circuit

in *Valentin*. The information should be provided to the Court within 45 days from the date of this Order.

Once this information is provided, Plaintiff's complaint shall be deemed amended to reflect the full name and badge number of the two Jane Doe correctional officers, and the full name of "Sister Michelle," the Clerk of Court shall prepare a summons for those defendants, and the United States Marshals Service shall serve the summons upon those defendants without prepayment of fees.

The Clerk of Court is directed to send a courtesy copy of the summons, complaint and this Order to the Suffolk County Attorney and to send a copy of this Order to the *pro se* Plaintiff.

SO ORDERED.

/s/ Steven Tiscione
STEVEN TISCIONE
United States Magistrate Judge

Dated:  February 9, 2026
         Brooklyn, New York